UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Brian Patrick | : | |
| 309 Hukley Court | : | |
| Williamstown, NJ  08094 | : | CIVIL ACTION-LAW |
| Plaintiff | : | |
| v. | : | Jury Trial Demanded |
| Exeter Finance Corp. | : | |
| 222 LAS COLINAS BLVD W. | : | |
| IRVING TX 75039 | : | 14-cv-01209 |
| and | : | |
| XYZ Corporations | : | |
| Defendant(s) | : | |

# NOTICE OF VOLUNTARY DISMISSAL

Kindly dismiss the above captioned matter WITHOUT PREJUDICE.   Thank you.


/s/ Vicki Piontek			3/14/14
_____		_____
Vicki Piontek, Esquire		Date
Supreme Court ID Number 83559
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax: 866-408-6735
palaw@justice.com